# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**WAYNE G. CRISOSTOMO**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: CR-07-00094-003<br><br>**RECEIVED**<br>SEP 28 2007<br>US MARSHALS SERVICE-GUAM |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | Room<br>302 |
|---|---|
| | Date and Time<br>**Tuesday, October 2, 2007 at 1:30 p.m.** |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | |

To answer a(n)
☐ Indictment   **X** Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Count I - Entering Military, Naval, or Coast Guard Property, 18 U.S.C. § 1382
Count II - Conspiracy, 18 U.S.C. § 371
Count III - Unlawful Taking of Wild Animal, 5 GCA § 63121; 18 U.S.C. §§ 7(3) and 13 and 16 U.S.C. § 3372
Count IV - Resisting Arrest, 18 U.S.C. § 111
Count V - Unlawful Taking of Artificial Light While Taking Wildlife, 5 GCA § 63125; 18 U.S.C. §§ 7(3) and 13

**FILED**
DISTRICT COURT OF GUAM
OCT - 2 2007
**JEANNE G. QUINATA**
Clerk of Court

| WALTER M. TENORIO, Deputy Clerk | |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| September 26, 2007 | |
| Date | |

**ORIGINAL**

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 10/1/2007 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

UNITED STATES MARSHALS SERVICE
ATTN:
520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _10/2/2007_
            Date

_J. Sol_____
Name of United States Marshal

_V. ____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.