# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00094-003　　　　　　　　　　　　DATE: November 21, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Francine A. Diaz |
| Courtroom Deputy: Francine A. Diaz | Electronically Recorded: 3:14:25 - 3:35:33 |
| CSO: D. Quinata | |

---

**APPEARANCES:**

| | |
|---|---|
| Defendant: Wayne G. Crisostomo | Attorney: Samuel S. Teker |
| ___ Present ___ Custody ___ Bond ___ P.R. | ___ Present ___ Retained ___ FPD ___ CJA |
| U.S. Attorney: Jennifer Sanchez | U.S. Agent: |
| U.S. Probation: Stephen Guilliot | U.S. Marshal: T. Muna |
| Interpreter: | Language: |

---

**PROCEEDINGS: Change of Plea**

- Changes made to plea agreement.
- Defendant sworn and examined.
- Defendant advised of his rights, charges and penalties.
- Plea entered: <u>Guilty</u> Counts I and V
- Plea: <u>Accepted</u>.
- Sentencing set for: <u>February 19, 2008 at 9:00 a.m.</u>
- Draft Presentence Report due to the parties: <u>January 14, 2008</u>
- Response to Presentence Report: <u>January 28, 2008</u>
- Final Presentence Report due to the Court: <u>February 12, 2008</u>
- Upon the request of the U.S. Probation Office, the Defendant's conditions of release were modified to include a requirement that the Defendant participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

NOTES: