PS 42
(Rev. 7/93)

# United States District Court
## District Of



FILED
DISTRICT COURT OF GUAM
NOV 21 2007
JEANNE G. QUINATA
Clerk of Court

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | |
| ) | |
| Wayne Garcia Crisostomo ) | Case No. 07-00094-003 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Wayne Garcia Crisostomo__, have discussed with ____John W. San Nicolas II____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

1. **Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.**

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10-31-07       _____  10/31/07
Signature of Defendant    Date         Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   11/15/07
Signature of Defense Counsel                     Date

☒ The above modification of conditions of release is ordered, to be effective on __immediately__.
☐ The above modification of conditions of release is *not* ordered.

_____   11/21/07
Signature of Judicial Officer                    Date

Case 1:07-cr-00094    Document 38    Filed 11/21/2007    Page 1 of 1    **ORIGINAL**