
1 LEONARDO M. RAPADAS
  United States Attorney
2 BENJAMIN A. BELILES
  Assistant U.S. Attorney
3 Suite 500, Sirena Plaza
  108 Hernan Cortes
4 Hagåtña, Guam 96910
  Telephone: (671) 472-7332/7283
5 Telecopier: (671) 472-7334/7215

6 Attorneys for United States of America

7 **IN THE UNITED STATES DISTRICT COURT**

8 **FOR THE DISTRICT OF GUAM**

9

10 UNITED STATES OF AMERICA,            )    CRIMINAL CASE NO. 07-00094-003
                                       )
11                 Plaintiff,          )
                                       )
12                                     )    **GOVERNMENT'S STATEMENT**
     vs.                               )    **ADOPTING FINDINGS OF**
13                                     )    **PRESENTENCE REPORT**
                                       )
14 WAYNE G. CRISOSTOMO,                )
                                       )
15                 Defendant.          )
   _____)

16      Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002,

17 the United States adopts the findings of the Presentence Report for the above defendant.

18      RESPECTFULLY SUBMITTED this 12th day of February, 2008.

19

20

21                                     LEONARDO M. RAPADAS
                                       United States Attorney
22                                     Districts of Guam and the CNMI

23

24                              By:    _____
                                       BENJAMIN A. BELILES
25                                     Special Assistant U.S. Attorney

26

27

28

**☐ ORIGINAL**