# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00094      DATE: February 19, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio      Electronically Recorded: 9:03:17 - 9:18:22
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Wayne G. Crisostomo      Attorney: Samual Teker
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Benjamin A. Beliles      U.S. Agent:
U.S. Probation: Stephen Guilliot      U.S. Marshal: None Present
Interpreter:      Language:

**PROCEEDINGS: Sentencing**

- Governments Motion to dismiss counts 2, 3, 4, and 5. <u>granted</u>.
- Defendant sentenced to probation for a term of <u>1 year</u>, with conditions (refer to Judgment for conditions of probation).
- Defendant ordered to pay fine in the amount of $500.00
- Defendant was ordered to pay a special assessment fee of $20.00 to be paid immediately after sentencing.
- Defendant order to obtain his GED.
- Defendant advised of appeal rights.

NOTES: