1 LEONARDO M. RAPADAS
United States Attorney
2 MIKEL W. SCHWAB
Assistant U.S. Attorney
3 JESSICA F. CRUZ
Assistant U.S. Attorneys
4 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 Hagatna, Guam 96910
Tel: (671) 472-7332
6 Fax: (671) 472-7215

7 Attorneys for the United States of America

8

**DISTRICT COURT OF GUAM**

9

**TERRITORY OF GUAM**

10

11

12 | UNITED STATES OF AMERICA ) CRIMINAL CASE NO. 07-00094-003
     )
13 | Plaintiff, )
     )
     | vs. ) **NOTICE OF WITHDRAWAL**
14 |   ) **OF DOCUMENT**
     | WAYNE G. CRISOSTOMO, )
15 |   )
     | Defendant. )
16 |   )

17          The United States of America hereby requests the Court withdraw the Notice of Lien

18 filed electronically on March 21, 2008, document number 68.

19          The Notice of Lien was erroneously filed without receiving a signature and certification

20 of the Court.

21          Respectfully submitted this 25th day of March, 2008.

22                                        LEONARDO M. RAPADAS
                                          United States Attorney
23                                        Districts of Guam and CNMI

24

25                         By:    /s/ Jessica F. Cruz
                                  JESSICA F. CRUZ
26                                Assistant U.S. Attorney
                                  108 Hernan Cortez Ave., Ste. 500
27                                Hagatna, GU 96910
                                  (671) 472-7332
28